IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALTERNATIVE MATERIALS, LLC,

    Plaintiff,

v.                                                Case No. 5:20-cv-239-AW-MJF

TCH CONSTRUCTION GROUP, INC.,
et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING SUMMARY JUDGMENT MOTION

I have carefully considered the magistrate judge's report and recommendation (ECF No. 63), to which no party has objected. I agree with the magistrate judge's analysis and adopt the report and recommendation in full. The motion for summary judgment (ECF No. 54) is DENIED. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on July 5, 2022.

                                            s/ *Allen Winsor*
                                            United States District Judge