IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALTERNATIVE MATERIALS, LLC,

    Plaintiff,

v().                                      Case No. 5:20-cv-239-AW-MJF

TCH CONSTRUCTION GROUP, INC.,
et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Alternative Materials moved for a default judgment against Defendant Timothy Monroe. ECF No. 74. The magistrate judge issued a report and recommendation concluding that the motion should be granted in part and that there should be an evidentiary hearing to address damages. ECF No. 79. No party has filed an objection to the report and recommendation.

I have now determined that the report and recommendation should be adopted, and I incorporate it into this order. The motion for default judgment (ECF No. 74) is GRANTED in part. Alternative Materials' claims of breach of contract, unjust enrichment, and fraud in the inducement are DISMISSED with respect to Defendant Monroe. A default judgment will enter against Monroe as to Alternative Materials' claims for fraudulent misrepresentation and fraud. Before the judgment issues, the

1

matter is referred back to the magistrate judge to conduct an evidentiary hearing as to damages and to produce a report and recommendation addressing that issue.

SO ORDERED on March 8, 2023.

s/ *Allen Winsor*
United States District Judge
