IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALTERNATIVE MATERIALS, LLC,

    Plaintiff,

v.                                                 Case No. 5:20-cv-239-AW-MJF

TCH CONSTRUCTION GROUP, INC.,
et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court earlier granted Plaintiff Alternative Materials' motion for default judgment against Defendant Timothy Monroe. ECF No. 81. The issue of damages remained outstanding, and the court referred the matter back to the magistrate judge to conduct an evidentiary hearing. *Id.* The magistrate did so and has now issued a report and recommendation concluding that Alternative Materials is entitled to $150,000 in compensatory damages, plus pre- and postjudgment interest. ECF No. 92. There has been no objection to that report and recommendation.

Having carefully considered the matter, I conclude the report and recommendation (ECF No. 92) should be adopted, and I incorporate it into this order.

Final judgment cannot yet issue because there remain issues outstanding, including the claims against TCH Construction Group (which are stayed pending the bankruptcy) and Monroe's counterclaim against Alternative Materials.

1

SO ORDERED on August 28, 2023.

                                                                                  s/ *Allen Winsor*
                                                                                 United States District Judge