# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**ALTERNATIVE MATERIALS, LLC,**

    **Plaintiff,**

v.                                          Case No. 5:20-cv-239-AW-MJF

**TIMOTHY W. MONROE, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Alternative Materials, LLC, sued several defendants over a construction project. A default entered, a corporate defendant filed bankruptcy, a counterclaim was filed, and the court earlier determined Plaintiff should recover $150,000 from Timothy Monroe, plus pre- and postjudgment interest. ECF Nos. 92, 94. When the court determined the latter point, final judgment did not issue because there were other claims outstanding. *See* ECF No. 94. Plaintiff now proposes to amend the complaint to exclude all claims other than its claim against Monroe, and the magistrate judge recommends dismissing the counterclaim for failure to prosecute and failure to comply with court orders. ECF No. 100.

I have carefully considered the report and recommendation, to which there has been no objection. I now adopt the report and recommendation (ECF No. 100) and incorporate it into this order.

1

The motion to amend (ECF No. 97) is GRANTED, and the proposed second amended complaint (ECF No. 99) is now the operative complaint. Although it includes other defendants in the case style, it asserts claims only against one defendant: Timothy Monroe. Thus all of Plaintiff's claims against other defendants have been removed from the case.

The counterclaims are dismissed for failure to prosecute.

That leaves only Plaintiff's claims against Monroe. Based on the court's earlier determination about Plaintiff's entitlement to a default judgment on those claims, judgment may now enter.

The clerk will enter a judgment that says, "Plaintiff Alternative Materials, LLC, shall recover from Defendant Timothy Monroe compensatory damages in the amount of $150,000, in addition to $36,427.07 in prejudgment interest, in addition to postjudgment interest."[1]

The clerk will then close the file.

SO ORDERED on September 30, 2024.

s/ *Allen Winsor*  
United States District Judge

---

[1] The prejudgment interest includes the $35,756.57 referenced in the report and recommendation for the period of July 8, 2020 to September 12, 2024, plus $37.25 for each day from September 13 to today (September 30). Thus the total is $35,756.57 + ($37.25 x 18) = $36,427.07.